FILED
January 11, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ERNESTO TORRESILLAS-SALDANA, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:15-mj-00228-KJN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ERNESTO TORRESILLAS-SALDANA, Case No. 2:15-mj-00228-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__  Release on Personal Recognizance

_____  Co-Signed Unsecured Appearance Bond

__X__  Conditions as stated on the record.

__X__  The defendant shall be released on January 14, 2016 by 12:00 p.m.

__X__  Adding the special condition: The defendant shall reside and participate in a residential re-entry center for a period of up to 2 months; said placement shall commence at the direct of the probation officer pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the costs of confinement as determined by the Bureau of Prisons.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/11/2016  at  2:16 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge